**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL D. GILES,<br><br>        Plaintiff,<br><br>    v.<br><br>SAN JOAQUIN VALLEY REHABILITATION HOSPITAL, et al.,<br><br>        Defendants. | Case No. 1:21-cv-0732 JLT SKO<br><br>ORDER ADOPTING IN FULL FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, AND DENYING PLAINTIFF'S MOTION TO APPOINT COUNSEL<br><br>(Docs. 38, 40 and 43) |

Michael D. Giles seeks to hold San Joaquin Valley Rehabilitation Hospital and parent company Vibra Healthcare, LLC liable for violations of the Equal Pay Act, gender discrimination, age discrimination, hostile work environment, wrongful termination, and perjury. (*See* Doc. 37 at 2-4.) The same day as Plaintiff filed his First Amended Complaint, he filed a motion for summary judgment and a motion to appoint counsel. (Docs. 38, 40.) The motions were referred to the assigned magistrate judge. (Doc. 42.)

The magistrate judge found the motion for summary judgment was premature, and recommended it be denied without prejudice. (Doc. 43 at 2.) In addition, the magistrate judge observed that Plaintiff did not have a constitutional right to the appointment of counsel, and the Court was unable, at this time, to find exceptional circumstances exist that would justify the appointment of counsel. (*Id.* at 2-3.) Therefore, the magistrate judge recommended the motion to appoint counsel also "be denied without prejudice subject to renewal at a later stage of these

proceedings." (*Id.* at 3.)

The Findings and Recommendations were served on all parties and contained a notice that any objections were due within 21 days of the date of service. (Doc. 43 at 3.) The parties were also informed the "failure to file objections within the specified time may waive the right to appeal the district judge's order." (*Id.* at 4, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) No objections were filed, and the time to do so expired.

According to 28 U.S.C. § 636 (b)(1)(C) and *Britt v. Simi Valley United School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983), this Court conducted a de novo review of the case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Therefore, the Court **ORDERS**:

1. The Findings and Recommendations issued September 7, 2023 (Doc. 43) are **ADOPTED** in full.
2. Plaintiff's motion for summary judgment (Doc. 38) is **DENIED** without prejudice.
3. Plaintiff's motion for appointment of counsel (Doc. 40) is **DENIED** without prejudice.

IT IS SO ORDERED.

Dated:   **October 16, 2023**

UNITED STATES DISTRICT JUDGE